# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EDDIE RAY GRAY,

        Petitioner

        v.

JOHN WETZEL, SECRETARY OF THE DEPARTMENT OF CORRECTIONS, BERNADETTE MASON, FACILITY MANAGER OF SCI MAHANOY, JOSHUA SHAPIRO, ATTORNEY GENERAL OF PENNSYLVANIA, WARREN COUNTY COMMON PLEAS JUDGMENTS OF SENTENCES AT: CP-62-CR-0000264-2012 AND CP-62-CR-0000080-2013,

        Respondents

: No. 47 WM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2020, the "Emergency Motion Seeking Release from Respondent[']s Custody" and the "Motion to Expedite King's Bench Proceedings" are DENIED.